## DAVID FORD

*v.*

## GEORGE C. HIXON.

1. INTEREST—*where no rate agreed upon.* In a contract for the payment of money, where no rate of interest is agreed upon, the legal rate is six per cent.

2. SAME—*recovery of—no rate agreed upon.* And in an action upon such contract, it is error to render a judgment allowing a greater rate of interest.

WRIT OF ERROR to the Superior Court of Chicago; the Hon. JOSEPH E. GARY, Judge, presiding.

This was an action of assumpsit, brought by the defendant in error, against the plaintiff in error, in the Superior Court of Chicago, to recover the sum of five hundred dollars. The cause was tried before the court and a jury, and a verdict found for the plaintiff below for $535.25. A motion for a new trial was overruled, and judgment rendered on the verdict, to reverse which, the case is brought to this court by writ of error.

Mr. A. C. STORY, for the plaintiff in error.

Messrs. HURD, BOOTH & KREAMER, for the defendant in error.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

The judgment must be reversed in this case, because it is for too large a sum. The jury evidently allowed interest at the rate of ten per cent. on the money borrowed. For this there was no warrant, as there had been no contract in regard

to the rate of interest, and in such cases the legal rate is six per cent.

The judgment must be reversed and the cause remanded.

*Judgment reversed.*